| PROB 22 (Rev. 1/2023) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 18-00344-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 0864 0:25CR00486-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| **Ali Mumin Hagi-Sufi** | New Jersey | Newark |
| | NAME OF SENTENCING JUDGE | |
| | Brian R. Martinotti | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/04/2022 — TO 11/03/2027 |

**OFFENSE**

21:846=CP.F, Conspiracy To Possess With Intent To Distribute Controlled Substance; 21:846=ND.F, Conspiracy To Distribute Narcotics; 21:841B=NP.F, Narcotics - Possession With Intent To Distribute; 21:841A=ND.F, Narcotics - Sell - Distribute - Or Dispense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Offender resides permanently in Minnesota

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Nov. 17, 2025                                   *Brian R. Martinotti*
Date                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Minnesota

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/06/2026                                      s/David S. Doty
Effective Date                                  United States District Judge